UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:04-CV-61-TAV-DCP |
| ) | |
| CHARLIE SMITH, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on February 3, 2025 [Doc. 13]. In the R&R, Judge Poplin recommends that the Court grant the plaintiff's motion to renew judgment lien and approve the renewal of the lien stemming from the default judgment in this case for an additional 20 years. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge Poplin's recommendations. Accordingly, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 13]. Plaintiff's motion to renew judgment lien [Doc. 8] is **GRANTED**.

It is hereby **ORDERED** that, pursuant to 28 U.S.C. § 3201(c)(2), the judgment lien filed in Anderson County, Tennessee by the United States against the Defendant Charlie Smith is hereby **RENEWED** for an additional 20-year period, ending on September 9,

2044, and relating back to the date of judgment.  It is further **ORDERED** that, pursuant to 28 U.S.C. § 3201(c)(2), the United States may file a notice of renewal.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE